# UNITED STATES DISTRICT COURT
## for the
## District of Massachusetts
## _____ Division

| | |
|---|---|
| Marco Perez<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Warden: Amy Boncher<br>Physician: Patricia Ruze<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____<br>_(to be filled in by the Clerk's Office)_ |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Marco Perez P-3
All other names by which you have been known:
ID Number: 17174-379
Current Institution: Federal Medical Center Devens
Address: P.O. Box 879
Ayer, MA 01432
*City*     *State*     *Zip Code*

   B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: M. Lican-Vitale
Job or Title *(if known)*: Warden
Shield Number:
Employer: Federal Bureau of Prisons
Address: Rout 37
Danbury, CT 06811
*City*     *State*     *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 2
Name: Julie Fabregas-Schindler
Job or Title *(if known)*: Physician
Shield Number:
Employer: Federal Bureau of Prison
Address: Rt 37
Danbury, CT 06811
*City*     *State*     *Zip Code*

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
   Name _____
   Job or Title (if known) _____
   Shield Number _____
   Employer _____
   Address _____
             City       State       Zip Code
   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name _____
   Job or Title (if known) _____
   Shield Number _____
   Employer _____
   Address _____
             City       State       Zip Code
   ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8TH AMENDMENT (CRUEL AND UNUSUAL PUNISHMENT)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? CRUEL & UNUSUAL (8TH AMENMENT DELIBERATE INDIFFERENCE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_Eight Amendment, Human Rights Violations_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_See attached Motion_

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☒ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
_IN 1997 I Fell off A 5ft Ladder and injured my lower back specifically L3, L4 and L5 I have 3 Surgery on 1999, 2001, 2004_

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
_I was sentenced case: 16 CR-401-1 on 02-05-2018 and was sent to MCC Facility At sentencing Judge-KENDALL told me B.O.P staff At MCC to give me medical treatment See attached Motion_

C. What date and approximate time did the events giving rise to your claim(s) occur?

MAY 5, 2019 through February 21, 2021
See attached Motion

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The defendant fail to provide medical care for my serious back injury. No medical treatment in 5 years with significance pain 24 hour pain Burning and EMOTIONAL STRESS Permanent Nerve Damage to my lower back injury L3, L4, and L5
See attached motion

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I continue to sustain further deterioration of my L3-L4, L4-L5 and L5-S1. ON 1-27-20 I was scheduled surgery with doctor Sanderson in Connecticute to have a spinal fusion done to correct the problem. Due to Donberry being a care level 2 facility and I needed a care level 4 facility I had to be transfered. See attached motion

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See attached motion

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FCT Denbury, FMC Devens

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   FCI Denbury
   FMC Devens

2. What did you claim in your grievance?

   NON MEDICAL TREATMENT, EMOTIONAL Stress NO RELIEVE OF PAIN, PERMANENT NERVE DEMAGE

3. What was the result, if any? ALL REJECTED SAYING medical was doing what they Be doing

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Yes BP-8, 9, 10, 11 were all completed and rejected TORT CLAIN FILED and Denied

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Marco Perez
   Defendant(s) P.A. Huffins

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Central District of Illinois

3. Docket or index number
   16-CV-2343

4. Name of Judge assigned to your case
   James Shadid

5. Approximate date of filing lawsuit
   10-06-2016

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. 01-18-2018

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   All was Dismissed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Marco Perez

   Defendant(s) Bureau-of-Prisons, Michael-Carvajal/Mcc-Warden C.R.Nicklin

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Northern District of Illinois

3. Docket or index number

   1:20-cv-02963

4. Name of Judge assigned to your case

   Gary Feinerman

5. Approximate date of filing lawsuit

   09-09-2020

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition   10-28-2020

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   All was Dismissed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

○ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Marco Perez
   Defendant(s) M. LICON-VITALE

2. Court *(if federal court, name the district; if state court, name the county and State)*

   District of Massachusetts

3. Docket or index number
   3:19 CV 1639 (VLB)

4. Name of Judge assigned to your case
   Vanessa L. Bryant

5. Approximate date of filing lawsuit
   10-17-2019

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition  02-02-2021

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   All was Dismissed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Marco Perez 3-12-21*

Signature of Plaintiff
Printed Name of Plaintiff: Marco Perez P-3
Prison Identification #: 17174-379
Prison Address: Federal Medical Center, Devens P.O. Box 879
Ayer, MA 01432

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address